### Earl T. SCROGGINS, Jr., Plaintiff–Appellant,

v.

### Thelma M. WATSON, Defendant–Appellee.

### No. 05–2128.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2006.

Decided May 18, 2006.

Earl T. Scroggins, Jr., Appellant Pro Se.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Earl T. Scroggins, Jr., appeals the district court's order dismissing his civil ac-

tion for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Scroggins v. Watson*, No. CA–05–974 (E.D.Va. Sept. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*